UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RANDALL SCOTT LAFONTAINE, JR.                                        PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:20CV333-RPM

GEORGIA SHELBY et al                                             DEFENDANTS

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a); and in light of the Court's memorandum & opinion granting Defendant's motion for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983 civil rights complaint is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 3rd day of August 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE